```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**ENNISSEE SHAWN AIKENS**                                    **PLAINTIFF**

v.                      Civil No. 10-5028

**SHERIFF TIM HELDER; and**
**NURSE RHONDA**                                             **DEFENDANT**

### O R D E R

Now on this 6th day of February, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 21), to which no objections have been filed. The Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 21) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report and Recommendation of the Magistrate Judge** (Doc. 21), the plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** for failure to prosecute this action and to comply with orders of the Court pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**